# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:20-mj-00151-JCN** |
| | ) | (18 U.S.C. §§ 2251(a) and (e)) |
| **KEEGAN T. RICHARDSON** | ) | |
| | ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves:

    \_\_\_\_ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_X\_\_ Crime of violence

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_ 10+ year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_\_ Possession of a firearm

    \_\_\_\_\_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

(i) <u>Temporary Detention</u>. _____

_____

(ii) <u>Other than Temporary Detention</u>. The court should detain the defendant because

there are no conditions of release which will reasonably assure:

    \_\_\_ Defendant's appearance as required

    \_X\_ Safety of any other person and the community

3. <u>Date of Detention Hearing</u>. The United States requests that the detention hearing be held after a continuance of three days.

4. <u>Length of Detention Hearing</u>. The United States will require a half hour to present its case for detention.

Date: July 10, 2020              HALSEY B. FRANK
United States Attorney

**BY: /s/ANDREW MCCORMACK**
ANDREW McCORMACK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I electronically filed Government's Motion for Detention with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald Brown, Esq., at don@donbrownlaw.com

Halsey B. Frank
United States Attorney

BY: /s/Andrew McCormack
Andrew McCormack
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04401
andrew.mccormack@usdoj.gov