UNITED STATES OF AMERICA
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20-mj-00151-JCN |
| | ) | |
| KEEGAN T. RICHARDSON, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF DETENTION PENDING TRIAL**

On July 14, 2020, the Court conducted a hearing on the Government's Motion for Detention. (Motion, ECF No. 4.) Given the nature of the pending charges, there is a rebuttable presumption "that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community." 18 U.S.C. § 3142(e)(3).

Based on the information presented during the hearing, for the reasons stated on the record, which reasons include the nature and the circumstances of the offense charged and the nature and seriousness of the danger to the community, the Court finds that there are no conditions or combination of conditions that will reasonably assure the safety of the community.

Therefore, it is ORDERED that Defendant be detained pending trial.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2

Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purposes of an appearance in connection with a court proceeding.

    SO ORDERED.

                                        /s/ John C. Nivison
                                        U.S. Magistrate Judge

Dated this 14th day of July, 2020.