**Synopsis**

U.S. DISTRICT COURT
DISTRICT OF MAINE 21-00030-LEW
BANGOR
RECEIVED & FILED

2021 MAR 10 P 2: 23

DEPUTY CLERK

| Name: | | Keegan T. Richardson |
|---|---|---|
| Address: (City & State Only) | | Seal Cove, Maine |
| Year of Birth and Age: | | 1993; 27 |
| Violations: | Counts 1-3: | 18 U.S.C. §§ 2251(a) and 2251(e); Production of Child Pornography |
| | Count 4: | 18 U.S.C. § 2252A(a)(1); Transportation of Child Pornography |
| | Count 5: | 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography |
| Penalties: | Counts 1-3 | Not less than fifteen (15) years and not more than thirty (30) years imprisonment, not more than $250,000, or both,18 U.S. C. § 2251(e); Class B Felony, 18 U.S.C. § 3559(a)(2) |
| | Count 4: | Not less than five (5) years and not more than twenty (20) years imprisonment, not more than $250,000, or both; 18 U.S. C. § 2252A(b)(1); Class C Felony; 18 U.S.C. § 3559(a)(3) |
| | Count 5: | Not more than twenty (20) years imprisonment, not more than $250,000, or both; 18 U.S.C. § 2252A(b)(2); Class C Felony; 18 U.S.C. § 3559(a)(3) |
| Supervised Release: | Counts 1-5: | Not less than five (5) years, not more than Life; 18 U.S.C § 3583(k) |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Counts 1-3: | Not more than three (3) years; 18 U.S.C. § 3583(e)(3); but if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |
| | Counts 4-5 | Not more than two (2) years; 18 U.S.C. § 3583(e)(3); but if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |

| | | |
|---|---|---|
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1-5:** | Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | | Don Brown |
| **Primary Investigative Agency and Case Agent Name:** | | FBI SA Daniel Grimes |
| **Detention Status:** | | Currently detained in federal custody |
| **Foreign National:** | | No |
| **Foreign Consular Notification Provided:** | | N/A |
| **County:** | | Hancock |
| **AUSA:** | | Andrew McCormack |
| **Guidelines apply?  Y/N** | | Yes |
| **Victim Case:** | | Yes |
| **Corporate Victims Owed Restitution:** | | None |
| **Assessments:** | | $100/count = $500 |