UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 1:21-cr-00030-LEW |
| ) | |
| KKEGAN T. RICHARDSON ) | |
| ) | |

## PROSECUTION VERSION

### COUNTS 1-5

From on about a date unknown until on about July 6, 2020, in the District of Maine, the defendant **KEEGAN T. RICHARDSON** ("the defendant") knowingly employed and used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct. The visual depiction was of "Female Minor Child A" and the visual depiction was actually transmitted using a means and facility of interstate commerce.

From on about a date unknown until on about July 9, 2020, in the District of Maine, the defendant knowingly employed and used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct. The visual depictions were of "Male Minor Child B" and "Female Minor Child C" and were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

On about July 6, 2020, in the District of Maine, the defendant knowingly transported child pornography using any means or facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer; specifically, by transmitting images of child pornography via the internet.

From a date unknown until July 9, 2020, in the District of Maine, the defendant knowingly possessed material that contained an image of child pornography that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, on July 6, 2020, an FBI undercover officer ("the UC") entered a private Kik chat group known to the UC as a place where people meet, discuss and trade original images of underage children, links containing child pornography, and videos, among other things. A Kik user using the screen name "keegantr" entered the group and asked if it was still active. He also indicated that he had access to a 10 year-old female child ("Female Minor Child A"). "keegantr" was the Kik screen name used by the defendant.

The UC began communicating with "keegantr" in private chat. The UC asked "keegantr" to take a live picture of himself holding up 3 fingers and then an historical picture of himself and Female Minor Child A. "keegantr" sent the UC a live image of himself holding up 3 fingers near his face. "keegantr" then sent the UC an image of himself standing with Female Minor Child A. That image of the male matched the live image of the male sent by "keegantr." "keegantr" then sent multiple additional images of Female Minor Child A engaged in various non-sexually explicit activities such as playing a game and sleeping.

The UC informed "keegantr" that he had an 8 year-old daughter and sent "keegantr" a few images of her (not a real child). The UC asked "keegantr": "what all u get into." "keegantr" responded: "I like to play a lot when she sleeps. Cum on her. Eat her pussy. Fuck her little feet."

"keegantr" followed this message by sending the UC via the internet sexually explicit images of Female Minor Child A. "keegantr" took these sexually explicit images of Female Minor Child A with a Blue LG Stylo 4 cellular telephone, Model #LML713DL, Serial #

905VTJH0484396 ("cellular phone").  The cellular phone was not manufactured in the United States.  One such image depicts the defendant spreading Female Minor Child A's bare buttocks and exposing her bare anus.  Female Minor Child A's face is not visible in this image and the focal point of the image is the child's anus.  A second image depicts a close up shot of Female Minor Child A's bare vagina.  A third image depicts the defendant's fingers spreading Female Minor Child's vagina open.  A fourth image depicts Female Minor Child A's bare vagina and buttocks. The defendant's penis can be seen resting on Female Minor Child A's buttocks.

Based on information obtained from Kik and an internet service provider, a federal search warrant was obtained for the defendant's residence in Maine on July 8, 2020.  During the execution of the search warrant on July 9, 2020, law enforcement found multiple items that were in the background of the sexually explicit images that the defendant took of Female Minor A with his cellular phone.

The defendant was subsequently arrested on July 9, 2020, and a search warrant was obtained for his cellular phone.  The cellular phone was forensically examined by law enforcement. On the phone, the forensic examiner found multiple sexually explicit images of Female Minor A that had been taken by the defendant with his cellular phone.  In addition, during the course of the investigation, law enforcement learned that the defendant had access to two other minors – Male Minor Child B (2 years old) and Female Minor Child C (11 months old).  On the cellular phone, the forensic examiner found multiple sexually explicit images of Male Minor Child B and Female Minor Child C that had been taken by the defendant with his cellular phone.  One such image depicts Male Minor Child B lying naked on his back.  The image is taken between Male Minor Child B's legs and focuses on his penis.  Male Minor Child B's face is not visible in this image.  Another such image depicts the defendant spreading Female

Minor Child C's vagina with his fingers.  The focal point of this image is the child's vagina and the child's face is not visible.

In addition to the sexually explicit images of Minor Children A, B, and C, the forensic examiner also found on the cellular phone multiple additional images of sexually explicit conduct involving different minors.  One such image depicts a naked prepubescent female child who is bent over.  The child's vagina is displayed along with a male penis just below it.  The defendant knowingly possessed this image and other images of sexually explicit conduct involving minors on his cellular phone.

The defendant acknowledges that his Blue LG Stylo 4 cellular telephone, Model #LML713DL, Serial # 905VTJH0484396, is subject to forfeiture.

Dated: September 30, 2021

Respectfully submitted,

DONALD E. CLARK
Acting United States Attorney


**BY: /s/ Andrew McCormack**

ANDREW McCORMACK
Assistant United States Attorney

# CERTIFICATE OF SERVICE

  I hereby certify that on September 30, 2021, I electronically filed Prosecution Version with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Donald F. Brown, Esq., at don@donbrownlaw.com

            Donald E. Clark
            Acting United States Attorney

            BY: /s/ Andrew McCormack
            Andrew McCormack
            Assistant United States Attorney
            U.S. Attorney's Office
            202 Harlow Street, Room 111
            Bangor, Maine 04401
            Tel: 207/945-0373
            andrew.mccormack@usdoj.gov