# UNITED STATES PROBATION & PRETRIAL SERVICES
# DISTRICT OF MAINE

*Request for Extension of Time to File Presentence Report*

Date: 01/03/2022

To: The Honorable Lance E. Walker
    U.S. District Judge

Subject: Keegan T. Richardson

Docket No.: 1:21-CR-30-LEW-001

From: Jennifer L. Kuhn
    Investigative Specialist

The final presentence report is due to the Court on 01/19/2022. The Probation Office has requested additional documents from the government with respect to this case. A three-week extension of deadlines is respectfully requested to obtain and review said documents as this is a multi-count, multi-victim case subject to complex grouping rules under the sentencing guidelines. Should the Court grant this request, the final presentence report would be due to the Court on 02/09/2022.

Andrew McCormack, Assistant United States Attorney, and Donald Brown, counsel for Keegan T. Richardson, do not object to this request for enlargement.

Requested by:

*[signature]*

Jennifer L. Kuhn
Investigative Specialist

Approved by:

*[signature]*

Scott Hastings
Supervisory U.S. Probation Officer